```
                                          FILED

                                     06 OCT 10 PM 2:21

                                   CLERK, U.S. DISTRICT COURT
                                 SOUTHERN DISTRICT OF CALIFORNIA

                              BY:        TL
                                              DEPUTY
```

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA
(Honorable ~~Lawrence~~ **LARRY** Burns)

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>                                )<br>         Plaintiff,           )<br>                                )<br>vs.                             )<br>                                )<br>                                )<br>JAMES GALLARDO, Jr.             )<br>                                )<br>                                )<br>         Defendant.             )<br>_____) | Criminal No. 04-3216-LAB<br><br><br>**ORDER WAIVING SUBSISTENCE PAYMENT** |

### ORDER

**IT IS HEREBY ORDERED** after good cause having been shown that the judgment of revocation of supervised release be amended to waive the defendant's Community Corrections Center subsistence payment as of the date of the entry of the judgment.

Dated: 10-6-06

_Larry A. Burns_
Honorable Larry Burns
United States District Court Judge

04cr3216